UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                               Chapter 11

SAMSON METAL AND MACHINE, INC.,          Case No. 8:26-bk-2801-CPM

BARAK EDWARD SAMSON,                     Case No. 8:26-bk-2804-CPM

    Debtors.                                     *Jointly Administered Under*
_____/          *Case No. 8:26-bk-2801-CPM*

## DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

SAMSON METAL AND MACHINE, INC. ("**SMM**") and BARAK EDWARD SAMSON ("**Mr. Samson**") (collectively, the "**Debtors**"), pursuant to Local Rule 2081-1, hereby file their Joint Chapter 11 Case Management Summary (the "**Summary**").  For their Summary, the Debtors state the following:

### Introduction

On April 6, 2026 (the "**Petition Date**"), the Debtors filed their Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

### Case Management Items

1. **Description of the Debtor's Business**

SMM is a Lakeland, Florida-based custom metal fabrication and engineering company established in 1947 and incorporated in 1973.  SMM specializes in custom design, welding, machining, and assembly, serving industries like aerospace, entertainment, and power generation. SMM is known for complex, large-scale projects, including ground support and specialty lifting equipment.

Mr. Samson is the sole director and shareholder of SMM.

2. **Location of Debtors' Operations and Whether Leased/Owned**

SMM's operations are located at 3145 US Highway 92 E. in Lakeland, Florida.  SMM leases its space from Salt Run Endeavors, LLC and Salt Run Endeavors Second, LLC.

3. **Reasons for Filing Chapter 11**

Like many businesses across the country, beginning in March 2020, SMM suffered financial difficulties due to the global COVID-19 pandemic.  During this period, SMM turned to debt financing to carry its operations through the downturn, including government offered disaster relief and short-term funding sources with high cost of capital known as "merchant cash advance" ("**MCA**") funding with various companies. This, however, only served to further SMM's problems as the daily and weekly payments to MCA funders began siphoning the SMM's cash flow.  Mr. Samson personally guaranteed the debts owed to the MCA funders.

The immediate precipitating cause of the Chapter 11 filings was the commencement of self-help collection offsets initiated by one of the MCA Lenders that substantially impeded SMM's collection of receivables.  This in turn caused SMM to suspend active business operations.  The Chapter 11 cases thus became the only alternative to allow the Debtors to obtain a breathing spell to allow SMM to attempt to restructure its obligations or otherwise manage an orderly liquidation for the benefit of all creditors.

4. **List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

Mr. Samson owns 100% of SMM's shares and is the sole director and the President. Wesley Samson is the son of Mr. Samson and formerly worked for SMM as its Vice President, Assistant Secretary and Assistant Treasurer.  For the year 2025, Mr. Samson received W-2 salary totaling $124,615.00 (gross) from SMM.  In addition to W-2 compensation, the Mr. Samson also

2

received payments from SMM totaling $158,198.00, which were classified as distributions. Wesley Samson did not receive any salary from SMM in the one year prior to filing

5.      **Annual Gross Revenues**

SMM's annual gross revenues for 2025 were approximately $5,618,845.00.  Its gross revenue for 2026 year to date is approximately $951,000.00.

Mr. Samson's annual gross income for 2025 was approximately $308,424.00. His gross income for 2026 year to date received from SMM was approximately $94,100.00.

6.      **Amounts Owed to Various Classes of Creditors**

Although the Debtors have not filed their Schedules or Statement of Financial Affairs, the Debtors believe that the creditors will consist of the following:

a.      **Priority Claims:**

SMM owes the Internal Revenue Service in FTD of approximately $45,000.00 for the first quarter of 2026.

Mr. Samson owes the Internal Revenue Service for 2024 and 2025 income taxes totaling approximately $53,000.00.

b.      **Secured Claims:**

SMM's primary secured obligations consist of : Valley Bank, SBA, Geneva Capital, LLC, Artemis, and Highland Capital Corp. secured by SMM's assets.

Additionally, SMM has also received funding from various MCA funders that may claim an interest in the Debtor's accounts receivable and which Mr. Samson personally guaranteed.

| Creditor | Approximate Balance as of Petition Date |
|---|---|
| JRG Funding, LLC (2 loans) | $928,416.00 |

4910-5780-7774, v. 3

| Liberty Funding Source, LLC | $631,445.00 |
|---|---|
| Core Funding Source, LLC | $170,217.00 |
| MCA Serving Co. | $186,260.00 |
| Forward Financing | $31,080.00 |

Mr. Samson's primary secured obligation is  Bank of America for the loan on his homestead.

     c.     **Unsecured claims:**

SMM owes approximately $5.m to general unsecured creditors, primarily consisting of $1.9m owed to the SBA on account of an EIDL loan, plus general trade creditors. However, SMM believes that the MCA claimants listed above will be treated as unsecured creditors in the plan because, even if they have valid perfected liens, the value of the collateral owned by SMM will not exceed senior secured claims.  The Debtors will explore potential challenges to the MCA claims.

Mr. Samson is obligated on the loans to Valley Bank and the SBA. Mr. Samson also personally guaranteed the amounts owed to the MCA funders.

7.     **General Description and Approximate Value of the Debtor's Current & Fixed Assets**

SMM's principal assets consist of accounts receivable, furniture, equipment, tools, inventory, and vehicles. SMM's estimated value of the furniture, equipment, tools, inventory, and vehicles is approximately $750,000.00; however, SMM believes the liquidation value may be significantly less. SMM had about $190.00 in cash and $300,000.00 in accounts receivable as of the Petition Date.

Mr. Samson's principal assets, most of which are owned as tenants by the entireties with his non-debtor spouse, consist of : homestead, household furnishings, personal belongings, cash in bank accounts, interests in businesses, insurance policies, and an annuity. Mr. Samson estimates the value of his non-exempt assets at $10,000.00.

4910-5780-7774, v. 3

The Debtors reserve all rights, claims, defenses, objections, and remedies with respect to the value of their assets.

8.     **Number of Employees and Amount of Wages Owed as of Petition Date**

As of the Petition Date, SMM had ceased business operation and did not have any employees or owe any wages.

Mr. Samson is an individual and does not have any employees or owe any wages.

9.     **Status of Debtor's Payroll and Sales Tax Obligations, if applicable**

As set forth above, SMM owes approximately $45,000.00 for the first quarter of 2026. Mr. Samson does not have any payroll or sales tax obligations.

10.    **Anticipated Emergency Relief Within 14 Days of Petition Date**

SMM may file motions related to contracts with the Disney Co. and other customers should these customers request that SMM recommence contract work and agree to pay for such work.

11.    **The Debtors' Strategic Objectives**

The Debtors filed these cases with the goal of reorganizing through a stand-alone chapter 11 plan providing for payments over time to creditors or arranging an orderly liquidation of the business.

WHEREFORE, the Debtors respectfully submits this as their Chapter 11 Case Management Summary.

*/s/ Harley E. Riedel*
Harley E. Riedel (FBN 183628)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email: hriedel@srbp.com
Attorneys for Debtors

5

4910-5780-7774, v. 3

6

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing *Chapter 11 Case Management Summary* has been furnished on this 9th day of April, 2026, by the Court's electronic mail to all parties receiving CM/ECF electronic noticing.

*/s/ Harley E. Riedel*
Harley E. Riedel

4910-5780-7774, v. 3